No. 568. GARNER *v.* RAGEN, WARDEN;
No. 569. COLEMAN *v.* RAGEN, WARDEN;
No. 577. CASSIDY *v.* ILLINOIS;
No. 578. WATSON *v.* ILLINOIS; and
No. 579. JUDD *v.* RAGEN, WARDEN. October 28, 1946. Petitions for writs of certiorari to the Supreme Court of Illinois denied. MR. JUSTICE MURPHY took no part in the consideration or decision of these applications.

No. 580. BOOKER *v.* RAGEN, WARDEN. October 28, 1946. Petition for writ of certiorari to the Supreme Court of Illinois, Circuit Court of Will County, and Criminal Court of Cook County, Illinois, denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application.

No. 581. HAINES *v.* NIERSTHEIMER, WARDEN. October 28, 1946. Petition for writ of certiorari to the Circuit Court of Randolph County, Illinois, denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application.

No. 598. THOMPSON *v.* RAGEN, WARDEN. October 28, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application.